UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA

*Plaintiff*

versus　　　　　　　　　　　　　　　　CIVIL ACTION NO. 08-814-RET-CN

DAVID W. BERGERON

*Defendant*

## ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, this 14th day of January, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT